USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>                v.<br><br>MORNINGSTAR CREDIT RATINGS, LLC,<br><br>                                    Defendant. | No. 21-cv-1359 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court will hear oral argument on Defendant's motion to dismiss on December 20, 2021, at 12:00 p.m.  Argument will be held via videoconference.  Members of the public and press may listen to the argument by using the following information: Dial-in number: 917-933-2166; Conference ID: 40822023.

SO ORDERED.

Dated:   December 17, 2021
         New York, New York

                                                        _____
                                                        Ronnie Abrams
                                                        United States District Judge